

No. 12–0331/AR. U.S. v. Jamil V. Williams. CCA 20090619. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 5, 2012.

No. 12–8014/MC. Shawn C. Blair, Appellant v. William Riggs, Colonel, United States Marine Corps, in his official capacity as Military Judge, and The United States, Appellees. CCA 201200018. Appellant's motion to attach documents is granted, and Appellee's motion to attach documents is granted.

No. 12–0149/AR. U.S. v. Christopher L. Stadel. CCA 20090820. Review granted on the following issue:

> WHETHER APPELLANT'S DUE PROCESS RIGHTS WERE VIOLAT-
> ED BY THE MILITARY JUDGE'S FAILURE TO INSTRUCT THE
> PANEL THAT IT COULD CONSIDER EVIDENCE OF CONSENT IN
> DECIDING WHETHER THE GOVERNMENT PROVED THAT THE
> ACT WAS ACCOMPLISHED BY FORCE.

Briefs will be filed under Rule 25.

No. 12–0206/AR. U.S. v. Tommie L. Olds. CCA 20091044. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals and the pleadings filed in this case, it is ordered that Appellee file a substantive answer on the following issues raised by Appellant:

> WHETHER THE MILITARY JUDGE COMMITTED PREJUDICIAL ER-
> ROR WHEN SHE FAILED TO INSTRUCT THE PANEL ON THE